■ In the Matter of EARVIN DAWSON, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent.—Judgment unanimously reversed, on the law, and petition granted. Memorandum: Reversal is required because the inmate behavior rules upon which the challenged determination was based were not filed timely *(People ex rel. Roides v Smith,* 67 NY2d 899; *Matter of Green v Coughlin,* 122 AD2d 605). (Appeal from judgment of Supreme Court, Wyoming County, Dadd, J.—art 78.) Present—Doerr, J. P., Denman, Green, Pine and Balio, JJ.

■ In the Matter of HENRY GATSON, Respondent, v WALTER R. KELLY, as Superintendent of Attica Correctional Facility, et al., Appellants.—Determination annulled, on the law, and petition granted *(see, mem in Matter of Lahey v Kelly,* 125 AD2d 923 [decided herewith]). All concur, except Balio, J., who dissents and votes to confirm the determination *(see, dissenting mem in Matter of Lahey v Kelly,* 125 AD2d 923, 924-926 [decided herewith], *supra).* (Appeal from judgment of Supreme Court, Wyoming County, Dadd, J.—art 78.) Present—Doerr, J. P., Denman, Green, Pine and Balio, JJ.

■ In the Matter of HARRY RIVERA, Respondent, v WALTER R. KELLY, as Superintendent of Attica Correctional Facility, et al., Appellants.—Judgment unanimously reversed, on the law, and petition dismissed *(see, Matter of Crawford v Kelly,* 124 AD2d 1018). (Appeal from judgment of Supreme Court, Wyoming County, Dadd, J.—art 78.) Present—Doerr, J. P., Denman, Green, Pine and Balio, JJ.